IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:20-cv-60449-RS

| | |
|---|---|
| KATHLEEN HARDWOOD, <br> Plaintiff | § <br> § <br> § <br> § |
| VS. | § <br> § <br> § |
| CONVERGENT OUTSOURCING, INC., <br> Defendant. | § <br> § |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the above-captioned case has been settled. As a result of the current national emergency it will take forty-five days to complete the settlement. Plaintiff asks that all deadlines be canceled to permit the completion of the settlement.

Respectfully submitted,

/s/ Jibrael S. Hindi
JIBRAEL S. HINDI, ESQ.
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
THOMAS J. PATTI, ESQ.
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

ATTORNEY FOR PLAINTIFF