UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60449-CIV-SMITH

KATHLEEN HARDWOOD,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Dismissal with Prejudice [DE 6]. Being fully advised, it is hereby

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and the above-captioned case is **CLOSED**. All pending motions not otherwise ruled upon are **DENIED AS MOOT**, all hearings are **CANCELLED**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of March, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE